UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JERRY DONALD REDDOCH**                                                 **PLAINTIFF**

**V.**                             **CIVIL ACTION NO. 4:08cv0030-DPJ-JCS**

**THE MARLIN FIREARMS COMPANY**                         **DEFENDANT**

**ORDER OF RECUSAL**

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000).  It has come to the Court's attention that the undersigned's former law firm represents the Defendant.  Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 3th day of September, 2008.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE